CO-386
10/2018

# United States District Court
# For the District of Columbia

Dallas Safari Club, et al. )
)
)
)
Plaintiff )
vs )  Civil Action No. 19-cv-3696
David Bernhardt et al. )
)
)
)
Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Dallas Safari Club__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Dallas Safari Club__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

DC Bar 388678
BAR IDENTIFICATION NO.

George L. Lyon, Jr
Print Name

1929 Biltmore Street NW
Address

Washington, DC 20009
City           State           Zip Code

202-669-0442
Phone Number